

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00684-CR

Ricardo **YANES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 30085
Honorable Vivian Torres, Judge Presiding

## ORDER

    The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 18, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Kimberly Ann Pepper Havel        Sean Keane-Dawes
Medina County Attorney's Office    Law Offices of Sean Keane-Dawes
1100 16th St Fl 3                 118 Broadway St., Suite 530
Hondo, TX 78861-1822         San Antonio, TX 78205